# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:

AJIT MULTANI

Debtor(s)

Case No. 04-43281
Chapter 7

## NOTICE TO DEPOSIT DISTRIBUTIONS UNDER $5.00 INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

1. The Trustee of this estate has made distribution of the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this Court.

2. Pursuant to Bankruptcy Rule 3010(a) no dividend in an amount less than $5.00 should be distributed by the trustee. The following funds are <u>de minimus</u> distributions and should be paid into the unclaimed registry of the court:

| **Claimant** | **Amount** | **Claim No.** |
| --- | --- | --- |
| eCAST Settlement Corporation | $0.66 | 5 |

For a total of $.066

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICES OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-3694 phone
(972) 628-3687 fax
weisbartm@earthlink.net
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the U. S. Trustee through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, on this the 9th day of September, 2011.

/s/ Mark A. Weisbart
Mark A. Weisbart